UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                       PLAINTIFF/RESPONDENT

v.                                                         CIVIL ACTION NO. 5:15CV-P192-TBR

RONNIE EUGENE MEADOWS                       DEFENDANT/MOVANT

**MEMORANDUM OPINION**

By Order entered March 21, 2016 (DN 4), the Court denied Defendant/Movant Ronnie Eugene Meadows's *pro se* motion to proceed *in forma pauperis* and for appointment of counsel because he failed to provide any financial information and any reason other than indigency for appointment of counsel. The Court additionally directed Meadows to file an application to proceed without prepayment of fees and a copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint. The Court warned Meadows that his failure to comply within 21 days from entry of the Order may result in dismissal of this action. Well over 21 days have passed without compliance by Meadows.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of an action if a plaintiff fails to prosecute or to comply with an order of the court. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal."). "[W]hile *pro se* litigants may be entitled to some latitude when dealing with sophisticated legal issues, acknowledging their lack of formal training, there is no cause for extending this margin to straightforward procedural requirements that a layperson can comprehend as easily as a lawyer." *Id.* "[T]he lenient treatment of *pro se* litigants has limits. Where, for example, a *pro se* litigant fails to comply with an easily

understood court-imposed deadline, there is no basis for treating that party more generously than a represented litigant." *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996).

Because Meadows failed to comply with a straightforward Order of this Court, the Court will dismiss this action by separate Order.

Date:


cc: Movant/Defendant, *pro se*
4413.005